FORM C9B
1PJH896893 – PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

------------------------------------
**GARDEN CITY BOXING CLUB, INC.,**

    PLAINTIFF

– vs. –

**HATO MAYOR AMIGOS ET ANO,**

    DEFENDANT
------------------------------------

Index No: **07 CIV 8076**
Date Filed: **09/14/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**LOAI SARSOUR** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **10/03/2007** at **8:30PM** at **155 FORT GEORGE AVENUE, NEW YORK, NY 10034**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **HATO MAYOR Y AMIGOS** the **DEFENDANT** therein named by delivering to, and leaving personally with **"JOHN" SMITH, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **MALE**          COLOR: **BROWN**          HAIR: **BROWN**
APP. AGE: **35**       APP. HT: **5'11**         APP. WT: **220**
OTHER IDENTIFYING FEATURES:

Sworn to before me on **10/05/2007**.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

LOAI SARSOUR – 1133509
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP