Cote, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,                CIVIL # 07-CV-8076  DLC
         Plaintiff,

                                                            ORDER TO SHOW CAUSE

      -against-

HATO MAYOR Y AMIGOS
and TOMAS ABREAU
               Defendants,
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

        Upon the annexed affidavit of Paul J. Hooten, Esq. sworn to April 2, 2008 and upon all the papers and proceedings herein:

        Let the defendants show cause at: United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007 before the Honorable Denise L. Cote in Courtroom 11B on __April 25__, 2008 at __3 00__ a.m./p.m. or as soon thereafter as counsel may be heard, why an order allowing the plaintiff to enter a default judgment against the defendant and for other and further relief as may be just and proper should not be granted.

        SERVICE of a copy of this Order to Show Cause, and annexed Affidavit, upon the defendants, via process server, on or before __April 14, 2008__ shall be deemed good and sufficient.

        PROOF OF SUCH SERVICE may be filed in the Clerk's office before the return date of this Order to Show Cause.

Defendant:
Hato Mayor y Amigos
155 Fort George Avenue
New York, NY 10034

Tomas Abreau
155 Fort George Avenue
New York, NY 10034

SO ORDERED:

_Denise Cote_
Denise L. Cote
United States District Court Judge

April 8, 2008