**CHECKLIST FOR Oscar De La Hoya Vs Bernard Hopkins**
**BOXING TELECAST ON Friday July 30th**
(Please type or print legibly)

1. Name of Auditor: ELIZABETH PERALTA

2. Auditor's Date of Birth: 12/04/77

3. Auditor's Social Security Number: 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

4. Auditor's Address: 2160 Seward Avenue, Apt 2F, Bronx, NY 10473

5. Auditor's Phone Number: (646) 269-3655

6. Name of Employer:  **AUDITMASTERS**

7. Name, Address, and telephone number of the commercial establishment:
   Hato Mayor y Amigos
   155 Fort George Avenue
   NEW YORK, NEW YORK 10034

NOTE: IT IS IMPORTANT TO NOTE THE COMPLETE NAME AND ADDRESS, INCLUDI
STREET NUMBER, CITY, STATE AND ZIP CODE. PLEASE INCLUDE NORTH, SOUTH
EAST, WEST, AVENUE, STREET, BOULEVARD, ETC. WHEN FILLING OUT THE STRE
ADDRESS.

8. *Did the establishment advertise or promote the telecast in any way? If so, please* describe any banners, flyers, posters or any other promotion you observed.

N/A

9. Was there an admission or cover charge? NO.    If so, how much $ N/A.

10. During my visit to the establishment, I observed the boxing match featuring

    _____Oscar De LA Hoya_____ Who wore __Black_____ color trunks

                                VS.

    _____Bernard Hopkins___ Who Wore_____Red_____Color Trunks

the fight appeared to be in the ____6th_____ round.

I also observed that the ring mat displayed the __N/A_____ logo and

That the corner posts displayed the _____N/A_____ logo

*ORDUNA Group* 631-836-4909

CHECKLIST (Page -2-)