UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,     INDEX # 07-CV-8080
           Plaintiff,

     -against-

HATO MAYOR Y AMIGOS
and TOMAS ABREAU                   **DEFAULT JUDGMENT**
            Defendant,
-------------------------------------------------------X

      This action having been commenced on September 14, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Hato Mayor y Amigos and Tomas Abreau on October 3, 2007, and a proof of service having been filed on October 12, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from September 18, 2004, amounting to $6,300.00; plus costs and disbursements of this action in the amount of $470.00, plus attorney fees in the amount of $1,000.00 amounting in all to $27,770.00

Dated: New York, New York

_____

                                              _____
                                              Denise L. Cote
                                              United States District Judge

                                              This document was entered on the docket
                                              on _____

12