UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,                INDEX # 07-CV-8076
        Plaintiff,

    -against-

HATO MAYOR Y AMIGOS
and TOMAS ABREAU
                                **STATEMENT OF DAMAGES**
        Defendant,
-------------------------------------------------------X


Amount of Judgment ...........................................        $20,000.00

Interest at 9% from September 18, 2004.........................       $ 6,300.00

Costs and Disbursements:

Clerk's fee ........................................................  $   350.00
Process Server fee for service ...................................    $   120.00
Attorney Fees ....................................................    $ 1,000.00


Total .............................................................   $27,770.00

