FORM C9B
1PJH896893 – PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---------------------------------------------

GARDEN CITY BOXING CLUB, INC.,

    PLAINTIFF
  – vs. –

HATO MAYOR AMIGOS ET ANO,

    DEFENDANT
---------------------------------------------

Index No: **07 CIV 8076**
Date Filed: **09/14/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**LOAI SARSOUR** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **10/03/2007** at **8:30PM** at **155 FORT GEORGE AVENUE , NEW YORK, NY 10034**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **HATO MAYOR Y AMIGOS** the **DEFENDANT** therein named by delivering to, and leaving personally with **"JOHN" SMITH, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **MALE**              COLOR: **BROWN**          HAIR: **BROWN**
APP. AGE: **35**           APP. HT: **5'11**          APP. WT: **220**
OTHER IDENTIFYING FEATURES:

Sworn to before me on **10/05/2007**.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

LOAI SARSOUR – 1133709
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP



25 – SUBSTITUTE SERVICE / MAILING AT BUSINESS
1PJH896894 – PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

--------------------------------------------------

**GARDEN CITY BOXING CLUB, INC.,**
    PLAINTIFF

– vs. –

**HATO MAYOR AMIGOS ET ANO,**
    DEFENDANT

--------------------------------------------------

Index No: **07 CIV 8076**
Date Filed: / /
Office No:
Court Date:

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

**LOAI SARSOUR** being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

Deponent served the **SUMMONS AND COMPLAINT** upon the **DEFENDANT TOMAS ABREAU** on **10/03/2007** at **8:30PM** at **155 FORT GEORGE AVENUE , NEW YORK, NY 10034** actual place of business of the **DEFENDANT** by delivering thereat a true copy to **"JOHN" SMITH, CO-WORKER OF THE DEFENDANT**, a person of suitable age and discretion whose approximate description is as follows:

| | | |
|---|---|---|
| SEX: **MALE** | COLOR: **BROWN** | HAIR: **BROWN** |
| APP. AGE: **35** | APP. HT: **5'11** | APP. WT: **220** |
| OTHER IDENTIFYING FEATURES: | | |

Deponent also mailed a copy of same in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on **10/05/2007** by first class mail to:

**TOMAS ABREAU**
**155 FORT GEORGE AVENUE , NEW YORK, NY 10034**

That address being **actual place of business of the DEFENDANT**, in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL", and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person served.

Sworn to before me on **10/05/2007**.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

LOAI SARSOUR – 1133309
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP