UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) 07-8076 <br> HATO MAYOR Y AMIGOS ) <br> and TOMAS ABREAU ) <br> ) <br> Defendant, ) **CLERK'S CERTIFICATE** <br> ) **OF DEFAULT** | |

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, pursuant to Fed R. Civ. P. 55, do hereby certify that the docket entries in the above-entitled action indicate that the defendant, Hato Mayor Y Amigos and Tomas Abreau were served with a copy of the Summons and Complaint in the above-entitled action on October 3, 2007, and proof of filing on October 12, 2007.

I further certify that the docket entries indicate that the defendants Hato Mayor Y Amigos and Tomas Abreau have not filed an Answer. The Default of the defendants, Hato Mayor Y Amigos and Tomas Abreauis hereby entered according to law.

DATED: New York, New York
3/11, 2008

J. Michael McMahon
CLERK OF THE COURT

By _____
Dep. Clerk