IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARDEN CITY BOXING CLUB, INC.　　　　Civil Action No. 07-CV-8076

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　ATTORNEY'S AFFIDAVIT OF
　　　　　　　　　　　　　　　　　　COSTS AND FEES

HATO MAYOR Y AMIGOS
and TOMAS ABREAU

　　　　Defendants,

---

STATE OF NEW YORK　)
　　　　　　　　　　) ss.;
COUNTY OF SUFFOLK　)

　　Paul J. Hooten, being duly sworn deposes and says:

　　1.  That I am the attorney for Plaintiff, Garden City Boxing Club, Inc., in the above referenced matter and I am admitted to practice in this Court.  I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

　　2.  I make this attorney affidavit in support of Plaintiff's motion for default judgment and damages, costs and fees.

　　3. Plaintiff's litigation expenses as associated with the formation, pleading and filing of the above captioned matter are outlined below:

　　　　a.  Filing Fees - $350.00

　　　　b.  Service of Process - $120.00

　　　　c.  Attorney fees - $1,000.00

　　Total Litigation Expenses - $1,470.00

4. Attorney fees at $200.00 per hour for attorney time spent and $75.00 for paralegal time spent are as follows:

| Date | Action | Hours | Fee | |
|---|---|---|---|---|
| 9/5/07 | Factual research | 1.005 | $200.00 | Atty. |
| 9/10/07 | Complaint drafted | 1.00 | $200.00 | Atty |
| 9/13/07 | Complaint filed with Court | .5 | $37.50 | Para |
| 9/19/07 | Arranged Service | .5 | $37.50 | Para |
| 10/9/07 | Reviewed Service | .25 | $50.00 | Atty |
| 10/12/07 | Filed proof of service | .5 | $37.50 | Para |
| 4/3/08 | Drafting Order To Show Cause | 2.00 | $400.00 | Atty |
| 4/8/08 | Prepared and filed Request for Default | .5 | $37.50 | Para |

5. This action seeks judgment in the amount of $20,000, plus interest at 9% from September 18, 2004, amounting to $6,300.00, plus costs and legal fees amounting in all to $27,770.00

WHEREFORE, plaintiff requests the entry of a Default and the entry of Judgment against the defendants.

BY:   /s/ Paul J. Hooten
Paul J. Hooten & Associates (PJH9510)
Attorney for Plaintiff
5505 Nesconset Hwy., Suite 203
Mt. Sinai, New York 11766
(631)331-0547

Sworn to before me this
24th day of April, 2008
/s/ Cheryl E. Lorefice
Cheryl E. Lorefice
Notary Public, State of New York
No. 4999823
Qualified in Suffolk County
Commission Expires August 3rd, 2010