D15 – AFFIDAVIT OF ATTEMPTED SERVICE
1PEN960219 – PAUL J HOOTEN ESQ

UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

**GARDEN CITY BOXING CLUB, INC.**
PLAINTIFF
– vs. –

**HATO MAYOR Y AMIGOS ET ANO,**
DEFENDANT

Index No: **07-CV-8076**
Date Filed: **00/00/0000**
Office No:
Court Date: **04/25/2008**

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

**LOAI SARSOUR** being duly sworn, deposes and says:

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

I attempted to personally serve a **ORDER TO SHOW CAUSE** in the above entitled matter on

**TOMAS ABREAU**
at **155 FORT GEORGE AVENUE NEW YORK, NY 10034**

I have been unable to make service of said process on the withing named respondent. I further state that I attempted to serve the within process on the following date(s) and at the time(s) indicated.

1) **04/14/2008 AT 3:52PM**   2) _____ AT _____   3) _____ AT _____

Deponent spoke to
**BUILDING IS VACANT**

who informed me of the following:

[ ] – moved, forwarding address unknown
[ ] – unknown at address given
[ ] – No such address
[ ] – No longer employed
[ ] – other

[ ] – party is evading service
[ ] – party could not be served within the prescribed time before hearing date

[ ] – refused to give any information about employees

Sworn to before me on **04/25/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

LOAI SARSOUR – 1133309
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP

D15 – AFFIDAVIT OF ATTEMPTED SERVICE
IPEN960218 – PAUL J HOOTEN ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

**GARDEN CITY BOXING CLUB, INC.**
PLAINTIFF
– vs. –

**HATO MAYOR Y AMIGOS ET ANO,**
DEFENDANT

Index No: **07–CV–8076**
Date Filed: **00/00/0000**
Office No:
Court Date: **04/25/2008**

STATE OF NEW YORK COUNTY OF NEW YORK ·SS·

**LOAI SARSOUR** being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

I attempted to personally serve a **ORDER TO SHOW CAUSE** in the above entitled matter on

**HATO MAYOR Y AMIGOS**
at **155 FORT GEORGE AVENUE NEW YORK, NY 10034**

I have been unable to make service of said process on the withing named respondent. I further state that I attempted to serve the within process on the following date(s) and at the time(s) indicated.

1) **04/14/2008 AT 3:52PM**    2) _____ AT _____    3) _____ AT _____

Deponent spoke to
**BUILDING IS VACANT**

who informed me of the following:

[ ] – moved, forwarding address unknown
[ ] – unknown at address given
[ ] – No such address
[ ] – No longer employed
[ ] – other

[ ] – party is evading service
[ ] – party could not be served within the prescribed time before hearing date

[ ] – refused to give any information about employees

Sworn to before me on 04/25/2008.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

LOAI SARSOUR – 1133309
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP

