For at least one employee **is required!**
on and if possible, that employee's position with the

t Description *is required!*

res, pool tables, lighting, decorations):
levision with 4 pool tables. The establishment is a small
e television set was located against the wall on the left side of
r. The establishment was painted in a light color. The
opy with white letters.

EPENDENT AUDITORS AGREEMENT

hereby agrees to perform anti-piracy auditing services for AUDIT
ya **Vs Bernard Hopkins**    boxing event. During this time, the
es that he/she will devote his/her entire efforts to AUDIT MASTERS