AFFIDAVIT OF: ELIZABETH PERALTA

COUNTY OF: BRONX   STATE OF: NEW YORK

BEFORE ME, the undersigned authority, on this day personally appeared ELIZABETH PERALTA, and after being first duly sworn according to law, deposes and states as follows:

1. My name is ELIZABETH PERALTA. I am over the age of eighteen (18) years, of sound mind, competent to testify as to the matters contained herein, personally acquainted with the facts stated herein, and state that they are true and correct.

2. I am currently employed by **AUDITMASTERS**

3. At approximately 12:04 am on September 19, 2004, I entered:

   Hato Mayor y Amigos
   (Name of Establishment)

   155 Fort George Avenue
   (Street Address, including number)

   NEW YORK, NEW YORK 10034                    (Area Code & Telephone No.)
   (City, State & Zip Code)

During my visit, I observed that the UNNAMED LOCATION was displaying the **Oscar De La Hoya Vs Bernard Hopkins** Championship Boxing Match and/or its undercard preliminary bouts. I took a head count at this time and counted approximately 15 persons inside the establishment. I also noticed there was 1 small television set and/or monitors for viewing by patrons inside this establishment.

4. The television monitor(s) displayed the following: (Logos as they appear on the microphone, ringmat, ring posts, or television screens; and the identity of any boxing activity witnessed, specifically, if applicable, names of fighters, color of boxing trunks, round number and time remaining in round.)

The boxer, Oscar De La Hoya, was in the ring wearing black trunks fighting against Bernard Hopkins wearing red trunks. They were in the sixth round and the clock on the screen read 2:29 minutes.
**PLEASE REMEMBER TO DATE AND SIGN THIS AFFIDAVIT IN THE PRESENCE OF THE NOTARY PUBLIC WHO SHALL NOTARIZE YOUR SIGNATURE.**

By: _____ (Signature of Auditor)

ELIZABETH PERALTA (Printed Name of Auditor)

Dated: September 19, 2004.

Sworn to and subscribed before me this  19  day of  September  2004.

Notary Public in and for the State of  New York

_____
(Signature of Notary Public)
this is a legal document and **MUST** be typed.

ORDUNA Group 631-836-4909

My Commission Expires:



OSCAR E. RUIZ
Notary Public, State of New York
No. 01RU6085447
Qualified in Queens County
Commission Expires Dec. 30, 20 06