**CHECKLIST FOR Oscar De La Hoya Vs Bernard Hopkins**
**BOXING TELECAST ON Friday July 30th**
(Please type or print legibly)

ase 1:07-cv-08076-DLC    Document 11-2    Filed 04/28/2008    Page 1 of

1.    Name of Auditor: ELIZABETH PERALTA

2.    Auditor's Date of Birth: 12/04/77

3.    Auditor's Social Security Number: 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

4.    Auditor's Address: 2160 Seward Avenue, Apt 2F, Bronx, NY 10473

5.    Auditor's Phone Number: (646) 269-3655

6.    Name of Employer:    **AUDITMASTERS**

7.    Name, Address, and telephone number of the commercial establishment:
Hato Mayor y Amigos
155 Fort George Avenue
NEW YORK, NEW YORK 10034

**NOTE: IT IS IMPORTANT TO NOTE THE COMPLETE NAME AND ADDRESS, INCLUDI STREET NUMBER, CITY, STATE AND ZIP CODE. PLEASE INCLUDE NORTH, SOUTH EAST, WEST, AVENUE, STREET, BOULEVARD, ETC. WHEN FILLING OUT THE STRE ADDRESS.**

*8.    Did the establishment advertise or promote the telecast in any way? If so, please describe any banners, flyers, posters or any other promotion you observed.*

N/A

9.    Was there an admission or cover charge? NO.    If so, how much $ N/A.

10.    During my visit to the establishment, I observed the boxing match featuring

_____Oscar De LA Hoya_____Who wore __Black_____ color trunks

VS.

_____Bernard Hopkins___ Who Wore_____Red____Color Trunks

the fight appeared to be in the ____6th_____round.

*I also observed that the ring mat displayed the __N/A_____ logo and*

That the corner posts displayed the _____N/A_____ logo

*ORDUNA Group* 631-836-4909

**CHECKLIST (Page -2-)**