```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK         CIVIL No. 07 CIV 8076(DLC)
_____
GARDEN CITY BOXING CLUB, INC.         HONORABLE DENISE L. COTE
         Plaintiff,

         -against-                    NOTICE OF
                                      DISCONTINUANCE
HATO MAYOR Y. AMIGOS
and TOMAS ABREAU
         Defendants,
_____
```

**PLEASE TAKE NOTICE,** that the attorney for the plaintiff in the above entitled action does hereby discontinue this matter without prejudice and without costs to either party as against the other. This notice may be filed without further notice with the Clerk of the Court.

Dated: May 5, 2008

    /s/ Paul J. Hooten
Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY  11766
(631) 331-0547

**SO ORDERED:** New York, NY
                   , 2008

_____
Denise L. Cote
United Stated District Court Judge