Cote / J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          CIVIL No. 07 CIV 8076(DLC)

GARDEN CITY BOXING CLUB, INC.           HONORABLE DENISE L. COTE
      Plaintiff,

    -against-                        NOTICE OF
                                  DISCONTINUANCE
HATO MAYOR Y. AMIGOS
and TOMAS ABREAU
      Defendants,

    **PLEASE TAKE NOTICE**, that the attorney for the plaintiff in the above entitled action does hereby discontinue this matter without prejudice and without costs to either party as against the other. This notice may be filed without further notice with the Clerk of the Court.

Dated: May 5, 2008

                                    Paul J. Hooten, Esq.
                                    Attorney for Plaintiff
                                    5505 Nesconset Highway
                                    Mt. Sinai, NY  11766
                                    (631) 331-0547

SO ORDERED: New York, NY
May 8, 2008

_____
Denise L. Cote
United States District Court Judge

*The Clerk of Court shall close the case and terminate pending motions.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08